USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10|4|12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                 :        ORDER

          - v. -                         :        S12 11 Cr. 576 (WHP)

JOSHUA MEREGILDO,                        :
     a/k/a "Killa,"
MELVIN COLON,                            :
     a/k/a "Melly,"
EARL PIERCE,                             :
     a/k/a "Skeet Box,"  and
NOLBERT MIRANDA,                         :
     a/k/a "PayDay,"
                                         :
          Defendants.
                                         :
- - - - - - - - - - - - - - - - - - - -x

HONORABLE WILLIAM H. PAULEY III, United States District Judge:

          WHEREAS, the Government has articulated significant

security concerns with respect to approximately eleven potential

witnesses (the "Potential Witnesses") at the upcoming trial in

the above-captioned case;

          IT IS HEREBY ORDERED that with respect to the Potential

Witnesses, the Government will turn over Jencks Act materials,

pursuant to Title 18, United States Code, Section 3500, after

trial is concluded on the evening prior to the day when the

witness in question is expected testify, with the following

exceptions:

          1.    To the extent the Government is able to confirm

                that any of the Potential Witnesses is in a secure

                location in advance of the date of testimony, the

                Government will turn over Jencks Act materials

3

with respect to that witness once it has received such confirmation; and

2.   With respect to one of the Potential Witnesses ("W-1"), as to whom there are more Jencks Act materials than with respect to the other Potential Witnesses, the Government will provide Jencks Act materials at least twenty-four hours in advance of W-1's testimony.

IT IS FURTHER ORDERED that counsel for defendants will not be permitted to disclose the contents of the Potential Witnesses' Jencks Act material to any person until the morning when any such witness will testify, except with respect to W-1, or to the extent the Government represents that such witness is in a secure location.

Dated:   New York, New York
         ~~September~~ ~~, 2012~~
         October 3, 2012

_____
HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

4