

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Joshua Meregildo, 11 Cr. 576 (PKC)

Dear Judge Castel:

    The Government respectfully submits this letter to request that the Government respond to the motion for compassionate release from the above referenced defendant, Dkt. Nos. 87, 90, by May 4, 2023. The Government is available to answer any questions the Court may have.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

    by: *Samuel Raymond*
    Samuel Raymond
    Assistant United States Attorney
    (212) 637-6519

cc: Joshua Meregildo (by mail)