DE 841

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v.<br><br>JOSHUA MEREGILDO,<br>　　　Defendant. | case no 11CR576<br>Judge Castel |

*Handwritten note:* Time to file a reply is extended to August 31, 2023. SO ORDERED. /s/ PKC  8-1-23

## —MOTION FOR EXTENTION OF TIME

NOW COMES the defendant, Joshua Meregildo, pro se, and moves this Honorable court for an Order granting him permission to receive extended time to submit his reply to the government's response in opposition to his Motion for Compassionate Release.

Mr. Meregildo submits his Declaration in Support of this request. Mr. Meregildo has not been afforded adequate time or ability to perfect his reply due to the facility (i.e., USP Beaumont) being constantly placed on lockdown status of modified lockdown status. Specifically, Mr. Meregildo is unable to work on his reply when prison officials have him routinely confined to his prison cell. Mr. Meregildo utilizes every moment he can to complete his pleading but cannot research his position fully as a result of the lockdowns.

Mr. Meregildo believes that another extention is necessary to accomplish this goal and requests that this court extend the date to submit his reply until August 11, 2023.

WHEREFORE, it is requested, respectfully, that this motion be GRANTED.

Respectfully submitted,

*/s/ Joshua Meregildo*
Joshua Meregildo
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720

*Mailed 8/1/2023*